## AFFIDAVIT OF J. JOSEPH GALIETTA

I, Special Agent J. Joseph Galietta, depose and state as follows:

1.      I have been a Special Agent ("SA") with the Federal Bureau of Investigation

("FBI") since July 2006.  I am currently assigned to the Boston Field Office, North Shore

Gang Task Force.  Since 2006, I have received training and experience in interviewing and

interrogation, arrest procedures, search and seizure, gangs, narcotics, search warrant

applications, and various other investigative techniques and methods. In my tenure as an FBI

Special Agent, I have served as a case agent, or assisted other agents in the investigation of

various violations; however, I have predominantly been assigned to work counterterrorism

investigations as a member of the FBI Joint Terrorism Task Force ("JTTF").  From 2006 to

2012, I was assigned to the FBI Baltimore Field Office as a member of the

Maryland/Delaware JTTF.  From November 2012 to June 2014, I was assigned to FBI

Headquarters as a Supervisory Special Agent ("SSA") in the FBI's Counterterrorism

Division.  In my role as an SSA, I oversaw the counterterrorism investigations of the Los

Angeles Field Office, including those targeting the homegrown violent extremist threat,

IRGC, Al-Shabaab, Al-Qaeda, ISIS, and more.  I returned to the Baltimore Division in June,

2014.  In October 2014, I transferred to the FBI Boston Field Office counterterrorism

program.  In October 2018, I transferred to my current assignment on the North Shore Gang

Task Force ("NSGTF") within the FBI Boston Field Office.  Since that time, I have focused

my efforts on the Almighty Latin King and Queen Nation (the LATIN KINGS).

2.       Based on my training and experience as an FBI Special Agent, I am familiar

with federal firearms and narcotics laws and know that it is a violation of Title 18, U.S.C.,

Section 922(g)(1) to be a felon in possession of a firearm that has previously traveled in interstate commerce.

3.     The facts stated herein are based upon my personal involvement in this investigation and my discussions with other law enforcement officers involved with this investigation. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts, which I believe are sufficient to establish the requisite probable cause.

4.     On December 5, 2019, at approximately 4:00 a.m., members of the FBI task force, along with the Springfield Police, went to 126 Firglade Street, 1st floor, in Springfield, Massachusetts ("the Premises") with a federal arrest warrant for Michael Cecchetelli on the charge of Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity, in violation of 18 U.S.C. § 1962(d), and a federal search warrant authorizing the search of the Premises, 19-MJ-2544-MBB.

5.     Upon entry by law enforcement officers, David Cecchetelli was observed coming out of a bedroom on the right side of the small apartment. The officers asked David Cecchetelli if Michael Cecchetelli, for whom they had an arrest warrant, was home. Michael Cecchetelli was then observed coming out of a room on the left side of the apartment.

6.     David Cecchetelli confirmed that the room that he had just come out of on the right side of the apartment was his room. He stated that he had been awake watching television in the room where he had just come out of. He also asked a Springfield Police Department officer to retrieve his clothes and sneakers from the bedroom where he had been first observed. David Cecchetelli also explained that he resided in the Premises three days a week and stayed in Westfield, MA the rest of the time with his girlfriend. However, he stated

that due due to his strained relationship with his girlfriend he was spending more time at the Premises.

7.     The officers located four rounds of ammunition in a box under the bed where David Cecchetelli had been sleeping.  They also located on the bedroom dresser next to the bed and behind a table top fan, a Smith and Wesson .357 caliber 5 shot revolver, bearing serial number 316059, loaded with five rounds of ammunition.

8.     Officers  observed photographs of David Cecchetelli in the bedroom where the gun and ammunition was located.

9.     Bureaus of Alcohol, Tobacco, Firearms and Explosives Special Agent Mattheu Kelsch, who is trained in interstate nexus examinations, is conducting a trace of the Smith and Wesson .357 caliber 5 shot revolver, serial number 316059.  The examination has not been completed.  He has related that the nine rounds of ammunition have traveled in interstate commerce because there are no commercial manufacturers of ammunition in the state of Massachusetts.

10.     A review of David Cecchetelli's criminal record reveals that he is a prohibited person and was aware of that status, as it includes a conviction on October 21, 2005 on a case involving Conspiracy and Conducting an Illegal Gambling Business out of federal court in Springfield (docket # 05-30001), a crime punishable by a term of imprisonment of more than one year.

11.     Based upon all of the foregoing information, I believe probable cause exists to

conclude that on December 5, 2019 David Cecchetelli was a convicted felon who did

unlawfully possess 9 rounds of ammunition which had previously traveled in interstate

commerce, in violation of Title 18, U.S.C., Section 922(g)(1).

J. Joseph Galietta
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to me this
5th day of December, 2019

Marianne B. Bowler



HARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE